# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *DALLAS DIVISION*

DANIEL P. KELLY, JR.
Plaintiff

v.

3:22-cv-01412-N
Civil Action No.

PENNYMAC LOAN SERVICES, LLC
Defendant

### CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

DANIEL P. KELLY, JR.

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

PENNYMAC LOAN SERVICES, LLC

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

DANIEL P. KELLY, JR., Plaintiff
PENNYMAC LOAN SERVICES, LLC, Defendant
Sulaiman Law Group Ltd., Counsel for Plaintiff

| | |
|---|---|
| Date: | 6/30/2022 |
| Signature: | /s/ Nathan C. Volheim |
| Print Name: | Nathan C. Volheim |
| Bar Number: | 6302103 |
| Address: | 2500 S. Highland Ave., Suite 200 |
| City, State, Zip: | Lombard, IL 60148 |
| Telephone: | (630) 575-8181 |
| Fax: | (630) 575-8188 |
| E-Mail: | nvolheim@sulaimanlaw.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons