AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| DANIEL P. KELLY, JR. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:22-cv-01412-N |
| PENNYMAC LOAN SERVICES, LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DANIEL P. KELLY, JR.

Date: 06/30/2022

s:/ Nathan C. Volheim
*Attorney's signature*

Nathan C. Volheim #6302103
*Printed name and bar number*

2500 S. Highland Ave., Ste. 200, Lombard, IL 60148
*Address*

nvolheim@sulaimanlaw.com
*E-mail address*

(630) 575-8181
*Telephone number*

(630) 575-8188
*FAX number*