IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DANIEL P. KELLY, JR., § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO. 3:22-cv-01412-N |
| § | |
| PENNYMAC LOAN SERVICES, LLC, § | |
| § | |
| Defendant. § | |
| § | |

## NOTICE OF APPEARANCE ON BEHALF OF
## PLAINTIFF DANIEL P. KELLY, JR.

Nayeem N. Mohammed of the Law Office of Nayeem N. Mohammed hereby files this notice of appearance as local counsel on behalf of Plaintiff Daniel P. Kelly, Jr. in the above-captioned matter.

Dated: September 20, 2022               Respectfully submitted,

*/s/ Nayeem N. Mohammed*
Nayeem N. Mohammed, Esq.
Texas Bar No. 24082001
LAW OFFICE OF NAYEEM N. MOHAMMED
539 W. Commerce St. #1899
Dallas, TX 75208
Tel: (972) 767-9099
nayeem@nnmpc.com

*Local Counsel for Plaintiff*
*Daniel P. Kelly, Jr.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 20, 2022, pursuant to the Federal Rules, the foregoing was served through the Court's CM/ECF System, which will send a notice of electronic filing to all counsel of record.

                                             */s/ Nayeem N. Mohammed*
                                             Nayeem N. Mohammed