# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| DANIEL P. KELLY, JR.,<br><br>    Plaintiff,<br>v.<br><br>PENNYMAC LOAN SERVICES, LLC,<br><br>    Defendants. | Case No.  3:22-cv-01412-N |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, DANIEL P. KELLY, JR.,  and the Defendants, PENNYMAC LOAN SERVICES, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice, against PENNYMAC LOAN SERVICES, LLC, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: December 27, 2022

**DANIEL P. KELLY, JR**

*/s/ Nathan C. Volheim*
Nathan C. Volheim (#6302103)
*Counsel for Plaintiff*
Sulaiman Law Group, LTD
2500 S. Highland Avenue, Suite 200
Lombard, Illinois 60148
Phone: (630) 575-8181
Fax: (630) 575-8188
nvolheim@sulaimanlaw.com

Respectfully Submitted,

**PENNYMAC LOAN SERVICES, LLC,**

*/s/ Elizabeth K. Duffy*
Elizabeth K. Duffy (24050535)
*Counsel for Defendant*
Locke Lord LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
Phone: (214) 740-8000
Facsimile: (214) 740-8800
eduffy@lockelord.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Nathan C. Volheim*
Nathan C. Volheim